**Dennis Ray GRAVES, Petitioner–Appellant,**

v.

**Eddie PEARSON, Warden, Respondent–Appellee.**

**No. 02–7564.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 26, 2003.

Dennis Ray Graves, Appellant Pro Se.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Dennis Ray Graves seeks to appeal the district court's order dismissing without prejudice, and as second or successive, his petition filed under 28 U.S.C. § 2254 (2000). An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2254 petition solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.' " *Rose v. Lee,* 252 F.3d 676, 684 (4th Cir.) (quoting *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)), *cert. denied,* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001).

We have reviewed the record and conclude for the reasons stated by the district court that Graves has not made the requisite showing. *See Graves v. Pearson,* No. CA–02–1048 (E.D. Va. filed Aug. 28, 2002; entered Aug. 29, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We further deny Graves' motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*